Kareemah BELL–BOSTON, Appellant

v.

Thomas P. REYNOLDS, United States of America Capitol Police, Appellee.

No. 12–5395.

United States Court of Appeals, District of Columbia Circuit.

May 1, 2013.

Kareemah Bell-Boston, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: GARLAND, Chief Judge; and HENDERSON and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 29,

2012, be affirmed. The district court properly determined that appellant failed to state a claim upon which relief could be granted. *See* Fed.R.Civ.P. 12(b)(6).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.